IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY ALLEN MCCLELLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:20-cv-449-ECM |
| ) | |
| LT. VERONICA F. BALDWIN, ) | |
| ) | |
| Defendant. ) | |

**OPINION and ORDER**

On July 6, 2020, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that as follows:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the motion to proceed *in forma pauperis* (doc. 2) is DENIED;

3. this case is DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case.

A separate Final Judgment will be entered.

Done this 24th day of August, 2020.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE